STATE OF RHODE ISLAND                                           SUPERIOR COURT
WASHINGTON, S.C.
-------------------------------------------------------------x

CHRISTOPHER LACCINOLE,

                              Plaintiff,
                                                              Case No.: WC-2021-00528
              -against-


LMB MORTGAGE SERVICES, INC.

                              Defendant.
-------------------------------------------------------------x


**NOTICE OF REMOVAL OF ACTION TO THE
UNITED STATES DISTRICT COURT FOR THE
<u>DISTRICT OF RHODE ISLAND</u>**


TO:    Clerk of the Civil Court
       Washington County Superior Court
       4800 Tower Hill Road
       Wakefield, RI 02879

       Christopher Laccinole
       Pro Se Plaintiff
       23 Othmar Street
       Narragansett, RI 02882


       In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice

of Removal of the above-captioned action to the United States District Court for the District of

Rhode Island.

       A copy of the Notice of Removal, and accompanying exhibits, is attached hereto as

Exhibit A.

Dated:  Providence, Rhode Island          Respectfully submitted,
       December 16, 2021


*/s/ Albin Moser*

Albin Moser (#6166)
Law Offices of Albin Moser, P.C.
166 Valley Street
Building 6M, Suite 103
Providence, RI 02909
Telephone:  (401) 861-2100
Email: albin@albinmoser.com

*Attorney for Defendant*
*LMB Mortgage Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, I caused the foregoing Notice of Removal of

Action to the United States District Court for the District of Rhode Island to be served on

Plaintiff at the address below via first-class mail, postage prepaid, with a courtesy copy sent by

electronic mail.

Christopher M. Laccinole
23 Othmar Street
Narragansett, RI 02882
Email: chrislaccinole@gmail.com
*Pro Se Plaintiff*

*/s/ Albin Moser*
Albin Moser
*Attorney for Defendant*
*LMB Mortgage Services, Inc.*